# JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Network Signatures, Inc.,<br><br>        Plaintiff,<br><br>   v.<br><br>Lowe's Home Improvement Centers, Inc.,<br><br>        Defendant(s).<br>_____ | CV 09-03760-JVS(RNBx)<br><br>ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |

    The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

    IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 60 days</u>, to reopen the action if settlement is not consummated.

DATED: March 8, 2010

                                                          _____<br>
                                                             James V. Selna<br>
                                                      United States District Judge